IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID ROBINSON** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 15-1667** |
| | : | |
| **UNITED STATES OF AMERICA** | : | |

## ORDER

**AND NOW**, this 8th day of July, 2015, upon consideration of the Defendant's Motion to Dismiss Plaintiff's Complaint (Document No. 16), and the plaintiff's response, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the complaint is **DISMISSED**.

    /s/ Timothy J. Savage
TIMOTHY J. SAVAGE,  J.