IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID ROBINSON** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 15-1667** |
| | : | |
| **UNITED STATES OF AMERICA** | : | |

## ORDER

**AND NOW**, this 28th day of August, 2015, upon consideration of the Plaintiff's Motion For Reconsideration (Document No. 24) and the defendant's response, it is **ORDERED** that the motion is **DENIED**.

    /s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.